# United States Bankruptcy Court
## Eastern District of New York

In re  __Luz C. Velasquez__                                                       Case No. _____

                                      Debtor(s)                                                      Chapter     **7**

## **VERIFICATION OF CREDITOR MATRIX**

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **July 25, 2019**                         **/s/ Luz C. Velasquez**
                                            **Luz C. Velasquez**
                                            Signature of Debtor

Date:  **July 25, 2019**                         **/s/ Norma E. Ortiz**
                                            Signature of Attorney
                                            **Norma E. Ortiz**
                                            **Ortiz & Ortiz, LLP**
                                            **32-72 Steinway Street, Ste.402**
                                            **Astoria, NY 11103**
                                            **718-522-1117   Fax: 718-596-1302**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy